# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1281

_____

United States of America

*Plaintiff - Appellee*

v.

Derrick Gene Golden

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of South Dakota - Northern

_____

Submitted: July 8, 2024
Filed: July 11, 2024
[Unpublished]

_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Derrick Golden appeals after the district court[1] denied his motion seeking a sentence reduction under 18 U.S.C. § 3582(c)(2). Upon careful review, we conclude

---

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

that the district court did not abuse its discretion in finding that a reduction was not warranted.  See United States v. Boyd, 819 F.3d 1054, 1056 (8th Cir. 2016) (per curiam) (district court's decision whether to grant authorized § 3582(c)(2) motion is reviewed for an abuse of discretion).

Accordingly, we affirm.

_____